# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ERICA JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-CV-00069-WBG |
| | ) |
| DOUGLAS A. COLLINS SECRETARY OF THE | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION FOR ERICA JAMES

**PLEASE TAKE NOTICE AND BE FULLY ADVISED** that commencing at 1:00 p.m., on Monday, the 2nd day of June, 2025, defendant will take the testimony by deposition upon oral examination of plaintiff Erica James, pursuant to FED. R. CIV. P. 30. Ms. James' testimony will be taken before an authorized court reporter for purposes of discovery and as use as evidence in the above-captioned action. By agreement, Ms. James' deposition will be conducted remotely via a videoconferencing platform and will continue day-to-day as may be necessary.

Respectfully submitted,

Jeffrey P. Ray
Acting United States Attorney

By   */s/ Jeffrey P. Ray*

Jeffrey P. Ray
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANT