IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ERICA JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-CV-00069-WBG |
| ) | |
| DOUGLAS COLLINS, SECRETARY OF THE ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF SETTLEMENT

Defendant Douglas Collins, in his official capacity as the Secretary of Veterans Affairs ("VA"), hereby notifies the Court that the parties have reached a settlement in this case. A settlement document has been prepared and the parties anticipate filing a formal dismissal once the terms of the settlement agreement have been finalized and completed.

Respectfully submitted,

Jeffrey P. Ray
Acting United States Attorney

By    */s/ Jeffrey P. Ray*

Jeffrey P. Ray
Acting United States Attorney & Civil Chief
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-3130
Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT
DOUGLAS COLLINS, SECRETARY OF
VETERANS AFFAIRS