# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| ERICA JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-cv-00069-WBG |
| DOUGLAS COLLINS, SECRETARY OF VETERANS AFFAIRS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLAINTIFF Erica James, and DEFENDANT Douglas Collins, Secretary of Veteran Affairs, and the United States of America, by and through their respective attorneys of record, and pursuant to FRCP 41(a)(1), hereby stipulate to the dismissal with prejudice of all claims pending against the defendants, with each party to bear their own costs and attorneys' fees.

Dated: September 9, 2025        Respectfully submitted,

*/s/Rebecca M. Randles*
Rebecca M. Randles
Randles Mata, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
816-931-9901
Fax: 816-931-0134
Email: rebecca@randlesmatalaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/S/ Jeffrey P. Ray*
Jeffrey P. Ray,
United States Attorney
Charles Evans Whittaker Courthouse

400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: Jeffrey.Ray@usdoj.gov
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

      I hereby certify on this 9th day of September, 2025, the foregoing was served via electronic service using the CM/ECF system which will send notification to attorneys of record.

*/s/ Rebecca M. Randles*
ATTORNEY FOR PLAINTIFF